1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ14-406 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| GEORGE VERKLER, | |
| Defendant. | |

Offenses charged:

   Count 1:      Theft of Public Money

   Counts 2&3:   Aggravated Identity Theft

Date of Detention Hearing:  October 21, 2014

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   1.      Defendant has stipulated to detention, but reserves the right to contest his

continued detention if there is a change in circumstances.

   2.      Defendant was not interviewed so his ties to this jurisdiction are unknown.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1

2       3.      There are no conditions or combination of conditions other than detention that

3   will reasonably assure the appearance of defendant as required or ensure the safety of the

4   community.

    IT IS THEREFORE ORDERED:

5

6   (1)      Defendant shall be detained and shall be committed to the custody of the

7   Attorney General for confinement in a correction facility separate, to the extent

8   practicable, from persons awaiting or serving sentences or being held in custody

9   pending appeal;

10  (2)      Defendant shall be afforded reasonable opportunity for private consultation with

11  counsel;

12  (3)      On order of a court of the United States or on request of an attorney for the

13  government, the person in charge of the corrections facility in which defendant

14  is confined shall deliver the defendant to a United States Marshal for the

15  purpose of an appearance in connection with a court proceeding; and

16  (4)      The Clerk shall direct copies of this Order to counsel for the United States, to

17  counsel for the defendant, to the United States Marshal, and to the United States

18  Pretrial Services Officer.

    DATED this 22nd day of October, 2014.

19

20  _James P. Donohue_

21  JAMES P. DONOHUE
    United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2